UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

---

DIRECTV, LLC, a California limited liability company,

                    Plaintiff,

  -against-

WAYNE GARSKI, Individually, and as officer, director, shareholder and/or principal of TOMEKS TAVERN LLC, d/b/a TOMEK'S TAVERN,

and

TOMEKS TAVERN LLC, d/b/a TOMEK'S TAVERN,

                    Defendants.

---

**AFFIDAVIT IN SUPPORT OF REQUEST FOR DEFAULT**

Civil Action No. 3:12-CV-00790-SLC

STATE OF NEW YORK :
                 : SS.:
COUNTY OF ULSTER   :

    JULIE COHEN LONSTEIN, being duly sworn, deposes and says:

    1. That I am the attorney for plaintiff, **DIRECTV, LLC**, in the above referenced matter and I am admitted to practice in this Court. I am fully familiar with all the facts, circumstances and proceedings heretofore had herein.

    2.    This action was commenced pursuant to 47 U.S.C. §605, *et seq.* A copy of the Summons and Complaint was served on Defendants, WAYNE GARSKI and TOMEKS TAVERN LLC, d/b/a TOMEK'S TAVERN, as set forth in the proofs of service which were filed on December 10, 2012, via ECF Document numbers 4 and 5.

    3.    The time within which any of the Defendants may answer or otherwise move with

respect to the Complaint herein has expired. Defendants, WAYNE GARSKI, Individually, and as officer, director, shareholder and/or principal of TOMEKS TAVERN LLC, d/b/a TOMEK'S TAVERN, and TOMEKS TAVERN LLC, d/b/a TOMEK'S TAVERN, have not answered or otherwise moved with respect to the Complaint; and the time for the Defendant(s) to do so has not been extended.

    4.    Said Defendant(s) are not infants or incompetents. Upon information and belief, Defendant(s) are not presently in the military service of the United States.

**WHEREFORE**, Plaintiff **DIRECTV, LLC,** requests that the default of the defendants**,** WAYNE GARSKI, Individually, and as officer, director, shareholder and/or principal of TOMEKS TAVERN LLC, d/b/a TOMEK'S TAVERN, and TOMEKS TAVERN LLC, d/b/a TOMEK'S TAVERN**,** be noted and that judgment be entered in favor of plaintiff and against defendants in the manner stated herein.

Dated: February 15, 2013
       Ellenville, NY 12428            /s/ Julie Cohen Lonstein
                                                               Julie Cohen Lonstein

Sworn to before me this 15th
day of February 2013

/s/ April Draganchuk
*April Draganchuk*
*Notary Public State of New York*
*Registration No. 4945872*
*Residing in Ulster County*
*My Commission Expires Jan. 27, 2015*