IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DIRECTV, LLC,

                    Plaintiff,                    ORDER

    v.

                                                  12-cv-790-wmc

WAYNE GARSKI, individually, and as
officer, director, shareholder, and/or principal
of Tomeks Tavern LLC, d/b/a Tomek's Tavern,
and TOMEKS TAVERN LLC, d/b/a TOMEK'S
TAVERN

                    Defendants.

---

      The undersigned recuses himself in the above entitled matter pursuant to 28 U.S.C. § 455.

      Entered this 4th day of April, 2013.

                                      BY THE COURT:

                                      /s/

                                      _____
                                      WILLIAM M. CONLEY
                                      District Judge