UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

---

DIRECTV, LLC, a California limited
liability company,

        Plaintiff,

v.

WAYNE GARSKI, Individually, and as officer, director, shareholder and/or principal of TOMEKS TAVERN LLC, d/b/a TOMEK'S TAVERN,

and

TOMEKS TAVERN LLC, d/b/a TOMEK'S TAVERN,

        Defendants.

---

**NOTICE OF DISMISSAL**
Civil Action No. 3:12-cv-00790-BBC

Plaintiff, DIRECTV, LLC, a California limited liability company, has compromised the within and foregoing action, and no party named herein being an infant or incompetent, herewith notifies the Court of the settlement of the above-styled action and dismisses its claim against Defendants with prejudice and without costs pursuant to Rule 41(a) (1) of the Federal Rules of Civil Procedure.

Dated: April 25, 2013

        **DIRECTV, LLC**

        /s/ Julie Cohen Lonstein
        JULIE COHEN LONSTEIN, Esq.
        Attorney for Plaintiff
        LONSTEIN LAW OFFICE,
        80 North Main St., P.O. Box 351
        Ellenville, NY 12428
        Telephone: (845) 647-8500
        Facsimile: (845) 647-6277
        Email: Legal@signallaw.com